UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHEILA HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-4456** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION: "D" (2)** |

## REPORT AND RECOMMENDATION

Before the Court is an Ex Parte/Consent Motion to Dismiss. (Rec. doc. 18). This is a Hurricane Ida lawsuit. Plaintiff initially signed a contract of representation with McClenney, Mosley and Associates ("MMA"). Due to various nefarious actions by MMA, this Court ultimately stayed all Hurricane Ida related lawsuits in which MMA was counsel of record. *See, e.g., Franatovich v. Allied Trust Ins. Co.*, Civ. A. No. 22-2552 (E.D. La.) (Rec. doc. 74). MMA then withdrew from all Hurricane Ida related lawsuits. Plaintiff subsequently retained the Galindo Law Firm for further handling of her lawsuit.

On August 26, 2023, out of an abundance of caution and in order to preserve Plaintiff's rights, the Galindo Law Firm filed a Complaint to avoid any issue of liberative prescription. (Rec. doc. 1). On October 24, 2023, Plaintiff confirmed her wish to counsel to dismiss her claim. Granting credence to counsel's representations under the Federal Rules of Civil Procedure,

**IT IS RECOMMENDED** that the Motion to Dismiss (rec. doc. 18) be **GRANTED** and Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**.

## NOTICE OF RIGHT TO OBJECT

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error,

from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Auto. Ass'n.*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this ___4th___ day of ___November___, 2024.

_____
**MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE**