UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHEILA HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-4456** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION: D (2)** |

### ORDER

The Court, having considered the Motion to Dismiss (R. Doc. 18), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 20), and the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (R. Doc. 18) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, November 19, 2024.

_____
**WENDY B. VITTER**
**United States District Judge**